# CRIMINAL COMPLAINT

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Daniel Fernando Piedra-Nieto**<br>DOB: 1982; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-09129MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 10, 2019, at or near Lukeville, in the District of Arizona, **Daniel Fernando Piedra-Nieto** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 13.90 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 10, 2019, **Daniel Fernando Piedra-Nieto** applied for admission into the U.S. from Mexico at the Lukeville, Arizona Port of Entry (POE) as the driver of a 2016 Nissan pickup. The vehicle was referred to secondary inspection where PIEDRA-Nieto told Customs and Border Protection (CBP) officers that he was traveling to Phoenix, Arizona for business and was driving his company vehicle. An x-ray scan of the vehicle revealed anomalies in the door and rear passenger compartment of the vehicle. A CBP canine alerted to an odor it is trained to detect from the vehicle.

CBP officers removed a total of thirty packages from the passenger door panel and rear passenger compartment panel. The total weight of the packages was 13.90 kilograms. A representative sample of the contents of the packages tested positive for the characteristics of methamphetamine.

In a post *Miranda* statement, PIEDRA-Nieto stated he was contacted by a man earlier in the week who asked him to transport methamphetamine from Mexico into the United States. PIEDRA-Nieto stated the man asked him to transport 10 pounds of methamphetamine through the Lukeville POE. PIEDRA-Nieto said he agreed to transport drugs into the United States. PIEDRA-Nieto stated he was to receive $1,500 to cross the drugs into the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/drh *KCH*<br>AUTHORIZED AUSA *Kevin Hakala* | SIGNATURE OF COMPLAINANT (official title)<br>*E. Ford*<br>OFFICIAL TITLE<br><br>*Special Agent* |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 12, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54