MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

FILED

2019 SEP -4 PM 3: 56

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Daniel Fernando Piedra-Nieto,

    Defendant.

CR19-02302 TUC-JGZ(DTF)

I N D I C T M E N T

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 2

21 U.S.C. § 963
(Conspiracy to Import Methamphetamine)
Count 3

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(H)
(Importation of Methamphetamine)
Count 4

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about August 10, 2019, at or near Lukeville, in the District of Arizona, Daniel Fernando Piedra-Nieto did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500

grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 13.90 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about August 10, 2019, at or near Lukeville, in the District of Arizona, Daniel Fernando Piedra-Nieto did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 13.90 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 3

Beginning at a time unknown, to on or about August 10, 2019, at or near Lukeville, in the District of Arizona, Daniel Fernando Piedra-Nieto did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 13.90 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

All in violation of Title 21, United States Code, Section 963.

### COUNT 4

On or about August 10, 2019, at or near Lukeville, in the District of Arizona, Daniel Fernando Piedra-Nieto did knowingly and intentionally import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is,

approximately 13.90 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

A TRUE BILL

/ S /

---
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

Assistant United States Attorney

Dated:   September 4, 2019